## List of Exhibits to Shannon Affidavit

1. N.Y. Supreme Court Decision and Judgment against Caro and 2010 Decision in Superior Court Stamford denying Application to Vacate

2. Excerpts from 2010 Indii Fidelity account paperwork

3. February 2010 transfers from Caro account to Indii account

4. April 2010 transfers from Caro account and portions of Indii monthly statements

5. Caro financial affidavit in Connecticut Superior Court matter – February 2010

6. July 2010 Restraining Notice and Information Subpoena

7. Fidelity July 27, 2010 Letter in Response to Restraining Notice

8. Affidavit of Christian Jeri

9. Fidelity's Interpleader Complaint (without exhibits)

10. Rothfarb's Order to Show Cause for Contempt in the Supreme Court of the State of New York (without exhibits or supporting affidavit)

11. Pertinent pages of transcript of proceedings in the New York Supreme Court August 26, 2011 and Order

12. Second Restraining Notice served on Fidelity August 26, 2011

13. Federal Court Order and record of deposit of Indii account funds into court

14. Federal Court denial of Caro and Indii's motion to dismiss the Interpleader Complaint

15. Excerpt from Petitioners' opposition to Fidelity's application for interpleader atttorneys' fees

16. Record of Caro's payment of Rothfarb judgment and Court's release of deposited funds

17. Order granting Fidelity attorneys' fees in Interpleader action

18. Court Order denying application to stay award of attorneys' fees to Fidelity

19. FINRA Arbitration Statement of Claim

20. FINRA Arbitration Amended Statement of Claim

21. Relevant portion of Caro/Indii's Supplemental Discovery Response

22. Excerpt from Caro/Indii's pre-hearing brief

23. FINRA Correspondence regarding options concerning replacement of Chairperson

24. FINRA Correspondence regarding appointment of Mr. Binckes as replacement of Chairperson

25. Pertinent passage of hearing transcript re: acceptability of Chairman and panel

26. List of Fidelity Hearing Exhibits

27. Pertinent pages of hearing transcript re: Professor Carlson's testimony

28. Excerpt from Caro's 2010 tax return reflecting 95.79% interest in Indii

29. Fidelity's affidavit in support of attorney fees' request

30. Fidelity's closing argument Power Point presentation

31. Copy of decision in Tittle v. Enron Corp. provided to Panel

225165.2