UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL CARO AND<br>    INDIE.COM USE, LLC<br><br>             Petitioners,<br>   v.<br><br>FIDELITY BROKERAGE SERVICES,<br><br>             Respondent. | 3:12-CV-01066 (CSH) |

ORDER ON MOTION TO STAY

HAIGHT, Senior District Judge:

Having considered the most recent correspondence of the *pro se* Plaintiffs/Petitioners[1] and counsel for the Respondent, the Court concludes that the proper way to administer this case is to stay all proceedings until the Court decides the cross-motions to vacate the April 20, 2012 FINRA arbitration award in Respondent's favor (Petitioners' motion), and to confirm that award and enter judgment thereon (Respondent's motion).

Those cross-motions are fully briefed. The parties have submitted affidavits in proper form and numerous exhibits. The cross-motions are ripe for decision. The Court presently perceives no need for oral argument. If that perception changes, the Court will advise the parties. Otherwise, the cross-motions will be decided by the Court in due course and on the present record. By the same

---

[1] There are two named Plaintiffs/Petitioners: an individual, Marshall Caro, and an entity, Indii.com USE, described in the caption to the Complaint and Petition [Doc. 1] as an "LLC," and described in ¶ 2 of that pleading as "a Delaware Limited Liability Company." Mr. Caro may represent himself *pro se*, but a question arises as to whether the second Petitioner, an LLC, must be represented by counsel. This Order does not undertake to decide that question.

1

token, there is no purpose in holding a status conference at this time.

The stay of proceedings is total. It includes all discovery proceedings, and Petitioners' pending motion to amend their Complaint/Petition [Doc. 25], which Respondent opposes. On that latter point, the Court assumes, without presently deciding, that if Respondent's cross-motion to confirm the arbitration award is granted, the judgment entered thereon would preclude litigation of all Petitioners' claims, asserted in the original Complaint/Petition or in the proposed amended pleading. Petitioners are directed to take no further steps to prosecute or assert these claims pending the Court's further Order.

In these circumstances, all proceedings in this case are STAYED, pending the Court's Ruling disposing of the cross-motions to vacate or to confirm the award of the FINRA arbitrators.

It is **SO ORDERED.**

Dated: New Haven, Connecticut
December 6, 2012

                                                            /s/ *Charles S. Haight, Jr.*
                                                           Charles S. Haight, Jr.
                                                           Senior United States District Judge